**EXPERT REPORT OF ALAN L. VALADIE, M.D.**

Dated: _2 - 11 - 15_

_____ Dr. Alan Valadie

## I.    Qualifications

I am an orthopedic surgeon licensed to practice in Florida.  I am board certified by the American Board of Orthopaedic Surgery.  My practice is predominantly limited to hip and knee replacements, including primary and revision procedures.  I attended medical school at the University of Florida.  I completed my residency in orthopedic surgery at the Carolinas Medical Center, Department of Orthopaedic Surgery, where I served as Chief Resident.  I served as the Chief of Surgery at the Blake Medical Center in Bradenton, Florida, from 2012 until 2013.  I am affiliated with the American Academy of Orthopedic Surgeons and the American Association of Hip and Knee Surgeons.

During my career, I have performed more than 6,500 joint replacement procedures. Among these surgeries, I have performed more than 300 unicompartmental knee arthroplasties including a number of procedures with the EIUS knee system. I have acted as a consulting surgeon for the design of joint replacement implants.  I have spoken at various national and international symposia on topics related to joint replacement surgery.  A copy of my curriculum vitae is attached as Exhibit A.  I have not testified as an expert at deposition or trial within the last four (4) years.

## II.    Compensation

I am compensated at a rate of $550 per hour for my work on this matter.   My compensation is not affected by the outcome of this case.

## III.    Background

Sandra Witt is a 55 year old female with a history of an arthritic condition in her right and left knees.  She was previously employed as a science teacher by Miami-Dade County Public Schools.  Her medical history is significant for arthritis and hypothyroidism.  She has smoked since the age of 15, reaching as much as one pack per day.

### A. Ms. Witt's Left Knee History

Ms. Witt's first reported knee injury occurred in 1980, when she suffered a left knee ligamentous injury while playing badminton.  The injury required casting for six weeks.

Over a decade later, on March 10, 1992, Ms. Witt suffered a left knee injury when she fell through a wooden platform while teaching.  On March 19, 1992, Dr. Terrence Barry diagnosed Ms. Witt with cruciate deficiency on the left knee, patella malalignment syndrome,

subluxing patellae, and slight patellofemoral and medical compartment arthritis, which was more pronounced on the left side. On April 20, 1992, Ms. Witt underwent a diagnostic arthroscopy of the left knee by Dr. Barry, following a pre-operative diagnosis of a recurrent dislocating patella, chondromalacia of the patella and torn anterior cruciate ligament of the left knee. As part of the procedure, Ms. Witt underwent an arthroscopic laser patellar chondroplasty, arthroscopic lateral retinacular release, and arthroscopic subtotal synovectomy with excision of chronic synovitis. Following complaints of increased pain and swelling, on May 5, 1993, Ms. Witt underwent an additional diagnostic arthroscopy of her left knee by Dr. Barry to address her torn anterior cruciate ligament. Dr. Barry performed an arthroscopic patellar chondrectomy, arthroscopic medial femoral chondrectomy, abrasion—chondroplasty of lateral femoral condyle, and suprapatellar capsulotomies.

On November 9, 1993, Ms. Witt reported a "traumatic episode of recurrent knee pain with [the] sensation of catching." Radiographs revealed no evidence of loose bodies. On January 21, 1994, Dr. Barry performed an anterior cruciate ligament reconstruction and abrasion chondroplasty of lateral femoral condyle. Dr. Barry reconstructed the anterior cruciate ligament with Bone-Patellar Tendon-Bone autograft. The procedure also included an arthroscopic subtotal synovectomy with excision of chronic synovitis and suprapatellar capsulotomies. At a postoperative appointment on February 8, 1994, Ms. Witt was overall "doing well."

Following that surgery, Ms. Witt transitioned to Dr. Richard Levitt for her orthopedic treatment and care. On November 9, 1995, Dr. Levitt examined Ms. Witt following complaints of significant left knee pain. His examination revealed crepitus during patellofemoral motion, osteophyte formation at the medial femoral condyle, and noted her symptoms were consistent with a persistent chondral defect. On March 12, 1996, Dr. Levitt diagnosed a chondral fracture of her left knee. He performed an arthroscopy with removal of loose body, abrasion arthroplasty and articular cartilage biopsy for possible autologous chondrocyte transplant. Ms. Witt reported discomfort and clicking sensations at a post-operative visit on April 8, 1996.

She continued to report pain at a follow-up appointment on August 21, 1996. Radiographs revealed "what may be lucency of the entire medial tibial plateau." A subsequent CT scan showed a persistent defect. On January 7, 1997, Dr. Levitt performed a Left Knee OATS (osteochondral autograft transfer system) procedure to address the defect.

On December 1, 1997, radiographs of Ms. Witt's left leg revealed a "fairly large area of possible cystic formation of the proximal left lateral tibial plateau." A subsequent MRI scan revealed no abnormalities.

A June 17, 1999 left knee examination by Dr. Levitt revealed severe patellofemoral crepitus with effusion of the knee. Radiographs showed increasing degenerative arthritis. On July 6, 1999, Dr. Levitt performed an arthroscopy with repair of the anterior cruciate ligament with femoral system, chondroplasty, loose body removal and synovectomy and abrasion arthroplasty. At an October 14, 1999 follow-up appointment, Dr. Levitt reported that Ms. Witt was doing well, with no swelling, instability, locking or collateral laxity.

At a June 27, 2001 appointment, Ms. Witt complained of continued left knee pain. An MRI revealed chondral irregularity in the medial and lateral compartments with severe patella chondromalacia. Dr. Levitt again noted the cystic formation in the lateral tibial platau, which he believed would require a biopsy or injection with bone graft material. Dr. Levitt's office notes reflect that, on August 17, 2001, he performed a left knee arthroscopy with a repair of the anterior cruciate ligament. However, no operative report is available from this surgery.

On May 8, 2002, Ms. Witt complained of increasing pain and swelling of the knee. Although the record states right knee, all subsequent references and treatment were in regard to the left knee. Radiographs revealed early degenerative arthritis. Dr. Levitt treated Ms. Witt with a series of hyaluronan injections in the left knee. On a May 19, 2003 visit, Dr. Levitt noted that Ms. Witt had made significant improvement. However, at a June 14, 2004 examination, Dr. Levitt noted that Ms. Witt was having some early recurrence of left knee pain. His examination revealed a low grade effusion and radiographs showed degenerative changes. Dr. Levitt restarted Ms. Witt on a course of hyaluronan injections.

On March 7, 2005, Ms. Witt reported continued left knee pain. Subsequent radiographs revealed severe patellofemoral changes. On May 27, 2005, Dr. Levitt performed a left knee arthroscopy with removal of loose bodies to treat Ms. Witt's patellofemoral arthritis. The procedure involved a thermal repair of the anterior cruciate ligament with arthrotomy and patellofemoral arthroplasty. Dr. Levitt implanted an AVON implant in Ms. Witt's patellofemoral joint. However, Dr. Levitt advised Ms. Witt that a full knee arthroplasty would eventually be required. Dr. Levitt noted that Ms. Witt tolerated the procedure well. Postoperative appointments on June 23, 2005 and October 20, 2005 showed that Ms. Witt's

implants were well-implanted and she displayed excellent range of motion. Some degenerative change was evident in the remaining portion of the joint.

On July 26, 2010, Dr. Levitt examined Ms. Witt after she reported "a sudden popping sensation in her left knee without any further trauma" about a week prior to the examination. He noted that, since that time, Ms. Witt has had medial pain, intermittent popping in knee and what appears to be a prominence of the medial aspect of knee at times, but no radicular pain or paresthesias. Intermittent swelling was noted. Dr. Levitt noted a low grade effusion, with range of motion from 0 to 130 degrees and no ligamentous laxity on collateral or cruciate testing. Patellofemoral, Fairbank's, McMurray's and Steinmann's tests were negative. Thessaly and Apley tests were positive. Dr. Levitt noted that a popliteal cyst with no palpable nodes was present. Ms. Witt's leg lengths were noted as equal, her gait was normal, and she scored a 5/5 for quadriceps and hamstring strength. X-rays of the left knee showed a well implanted patellofemoral arthroplasty. However, Dr. Levitt did note some degenerative changes in the tibiofemoral area. Dr. Levitt diagnosed Ms. Witt as suffering a probable tear of the medial meniscus, with some underlying degenerative changes and a large cystic lesion in the lateral tibial plateau. He ordered her to undergo an MRI.

The MRI of Ms. Witt's left knee was conducted on August 5, 2010, and showed signs of a recurrent tear of Ms. Witt's ACL. There was no evidence of a recurrent tear in the medial or lateral meniscus. The MRI showed moderate to advanced joint space narrowing of the medial & lateral compartments with marginal osteophyte formation and subchondral bone edema and cyst formation within the medial & lateral femoral condyles. Moderate grade partial-thickness articular cartilage loss with surface irregularity and surface osteophytes was present within the lateral femoral condyle, and partial thickness chondral loss within the lateral tibial plateau. The MRI showed full thickness articular cartilage loss with surrounding moderate grade partial thickness chondral loss was present and surface irregularity throughout the weight bearing portion of medial femoral condyle and mild thinning of articular cartilage of medial tibial plateau. There was small to moderate joint effusion within the suprapatellar bursa and postsurgical changes and extensive blooming artifact present related to patellofemoral joint. A Baker's cyst was present in the posterior medial area. An age of injury report was requested for workers' compensation purposes. The results were inconclusive.

On September 8, 2010, Dr. Levitt performed revision total knee arthroplasty on Ms. Witt's left knee.  The admission report notes that Ms. Witt complained of a painful left knee prosthesis in the patellofemoral area prior to surgery.  Dr. Levitt reported "increasing arthritic change in her joint as shown by recent x-rays."  He removed both devices present in the knee (patella and femur), with removal of an interference screw and excision of a popliteal cyst.  A Stryker Triathlon total knee system was implanted.  Dr. Levitt noted that Ms. Witt tolerated the procedure well and was taken to recovery room in good condition.  A pathology report from the surgery noted severe osteoarthritis and degenerative joint disease and granulomas consistent with polyethylene granulomas.

On January 10, 2011, Ms. Witt had an office visit with Dr. Levitt.  Dr. Levitt reported that Ms. Witt's left knee was doing reasonably well.

On April 21, 2011, x-rays were taken of Ms. Witt's left knee which showed a well implanted knee arthroplasty.  During examination, Dr. Levitt noted Ms. Witt suffered some low grade discomfort.  There was no effusion and no collateral or cruciate laxity was noted. All tests performed were negative. Ms. Witt's leg lengths were noted as equal. Dr. Levitt certified that maximum medical benefit has been achieved, as far as her left knee.

**B.  Ms. Witt's Right Knee History**

On June 21, 2006, Ms. Witt tripped over wires at work, injuring her right knee.   On July 24, 2006, Ms. Witt saw Dr. Levitt who noted there was no effusion or collateral or cruciate laxities. Patellofemoral, Fairbank's, McMurray's, and Apley's tests were negative; however, a Thessaly test was positive.  An MRI revealed a tear of the anterior horn of the lateral meniscus. Dr. Levitt diagnosed a torn meniscus and recommended a right knee arthroscopy.

On August 15, 2006, Dr. Levitt performed a right knee arthroscopy with chondroplasty, synovectomy, loose body removal and PIC arthroplasty.  Dr. Levitt noted that there were areas of Grade IV degenerative arthritis of the patella and the trochlear with severe fraying and fibrillation of articular cartilage, particularly in the patella with fraying of the central portion of the trochlear.  There was also a small area (2 x 3mm in diameter) of Grade IV degenerative arthritis on the lateral femoral condyle.  Further, there was a large full thickness defect on the weight bearing surface of the medial femoral condyle, consistent with chondral injury.  Dr. Levitt noted that Ms. Witt tolerated the procedure well and was taken to the recovery room in good condition.

Approximately one month post-operatively, however, Ms. Witt continued to report right knee pain.  On October 26, 2006, Dr. Levitt started Ms. Witt on a new course of hyaluronan injections. As of December 28, 2006, Ms. Witt reported no improvement from the injections and continued to experience right knee pain over the anterior and medial aspects.   Subsequently, on April 10, 2007, Dr. Levitt performed a right knee arthroscopy with arthrotomy and patellofemoral arthroplasty including insertion of AVON patellofemoral implants and two OBI implants in the medial femoral condyle.  Pre-operative radiographs revealed no subluxations or joint space narrowing.  Dr. Levitt observed Grade IV degenerative arthritis of the patella with early Grade IV changes noted of the trochlea with loosening and fraying of articular cartilage.  There was evidence of a linear defect of full-thickness area on the medial femoral condyle that was not quite on the full weight-bearing surface, which was excised in order to proceed with two (9-mm and 7-mm) OBI implants (a mini titanium implant indicated for cartilage defects) to resurface the chondral surface.  Dr. Levitt noted that he achieved excellent fixation of the OBI implants and complete resurfacing of the surrounding articular cartilage.  Dr. Levitt noted that Ms. Witt tolerated the procedure well and she was taken to the recovery room in good condition.  The pathology report revealed that approximately 50% of the articular surface was either eroded or eburnated.   The final impression was of "fibrillation of hyaline cartilage consistent with osteoarthritis."

On June 12, 2007, Ms. Witt returned to Dr. Levitt's office in improved condition, but with slight swelling and mild discomfort on the right knee.  Radiographs revealed well-implanted bilateral AVON implants.   On July 19, 2007, Ms. Witt was "doing very well", with mild discomfort and minimal right knee swelling.  On September 13, 2007, Ms. Witt returned with right knee pain, mostly over the medial aspects, where she had received the OBI implants.  The examination revealed low-grade effusion, range of motion up to 120 degrees and no collateral or cruciate laxity was noted.  Dr. Levitt injected her right knee with Celestone and Xylocaine.  Dr. Levitt noted that her symptoms were "probably due to the related medial femoral condyle defect." He also noted that Ms. Witt reported persistent lumbar pain, which radiated into the lower left extremity, "probably due to gait abnormality because of pain in her right leg."

On October 22, 2007, Ms. Witt returned with recurrent pain and intermittent locking sensations of the right knee.  An MRI of the right knee revealed "an area of osteochondritis

dissecans versus post-surgical change versus transchondral fracture involving the weight-bearing surface of the medial femoral condyle" and a posterior lateral synovial cyst.

At a November 5, 2007 office visit, Dr. Levitt noted that Ms. Witt "continues to have a feeling of catching of the right knee." He noted that her MRI shows the previous osteochondral defects that he addressed with the OBI implants and he also noted that he believed she probably has some articular cartilage fragmentation. Dr. Levitt treated her right knee with another injection of Celestone and Xylocaine. He noted that if Ms. Witt's symptoms continue, she may be a candidate for follow-up arthroplasty of the right knee or some other type of cartilage reconstruction. At a subsequent visit on November 12, 2007, Dr. Levitt noted that Ms. Witt would like to proceed with the right knee arthroplasty, possible medial unicompartmental arthroplasty. The benefits of surgery versus non-surgical treatment were discussed with Ms. Witt, including mortality, infection, phlebitis, neurovascular injury, failure to improve, need for possible future surgery, as well as a rehabilitation program.

On December 20, 2007, Dr. Michael T. Reilly, performed a peer review (without examination) pursuant to a request from her workers' compensation insurer. He noted that Dr. Levitt had been treating Ms. Witt "primarily for an arthritic condition" that predated her June 21, 2006 workplace injury. He noted that Dr. Levitt had recommended a medial unicompartmental arthroplasty as the next step for Ms. Witt's treatment. Dr. Reilly wrote that "[i]t is my opinion, a medial unicompartmental arthroplasty will fail due to fact [Dr. Levitt] did record Grade IV changes in the lateral compartment and the fact that there is a patellofemoral arthroplasty present in this knee. It is my opinion that definitive treatment would be total knee arthroplasty." He noted that the surgical report from the initial arthroscopic surgery of August 15, 2006, describes tricompartmental Grade IV changes in the right knee.

On February 18, 2008, Ms. Witt continued to report discomfort of the right knee and what "sound[ed] like recent episodes of [...] possible patellar subluxation medially." Her left knee was also mildly uncomfortable. Radiographs revealed well-implanted bilateral AVON implants.

On April 18, 2008, Ms. Witt was admitted for right knee unicompartmental arthroplasty surgery. Pre-operative radiographs revealed no evidence of fracture or dislocation. In the admission record, Dr. Levitt noted that Ms. Witt was admitted with right knee pain. Her weight was 130 pounds, her height was 5'6" and, thus, her BMI was 21. Dr. Levitt noted that Ms. Witt

8

"has previously undergone insertion of OBI implants of the medial femoral condyle for traumatic arthritis and has had continued pain and there is evidence by recent arthroscopy that the implants have failed."  Dr. Levitt performed a right knee unicompartmental arthroplasty with partial patellectomy, implanting an EIUS unicompartmental system.  Dr. Levitt noted that the previous area of the femoral condyle that had been treated with OBI implants was completely cystic, the implants had not encouraged any ingrowth of fibrocartilage, and there was just evidence of a large cystic defect of the medial femoral condyle.  The AVON implant appeared in good position with no specific abnormalities or loosening.  The cyst in the femoral condyle was curetted free and the medial meniscus was excised.  The medial tibial plateau was resected via oscillating reciprocating saw to accept an extra small tibial implant.  A 6-mm spacer was inserted.  The extra small femoral alignment guide was placed on the distal femur, and the line was carried out with the femoral shaft and hip joint. The posterior condyle of the femur was resected. The holes were drilled with the pegs in the fit the prosthesis.  A burring rail was used to burr down the bone the appropriate depth.  A hole was created for the keel of the tibia. Trial reduction was carried out with an extra small femoral component and a 6-mm extra small tibial component was selected.  The trial components were removed and the knee was thoroughly irrigated with an antibiotic solution, and methacrylate, a bonding adhesive, was introduced into the tibia and the femur.  The permanent 6-mm tibial component was inserted and impacted.  Then, the femoral components were inserted and impacted.  These were held in complete extension until polymerization had taken place with removal of any excess cement.  Range of motion, stability testing and flexion/extension gaps were the same as with trial components.  Dr. Levitt noted that Ms. Witt tolerated the procedure well and was taken to the recovery room in stable condition.

Postoperative radiographs revealed well-seated femoral and tibial components, with no evidence of fracture or abnormal displacement.   A postoperative pathology report noted cartilaginous articular surface with degeneration and fibrillation, dense fibroconnective and fibrocartilaginous tissues with degenerative changes and hyperplastic synovium.  Ms. Witt was discharged on April 19, 2008 in "improved" condition and started on a course of ambulation and physical therapy.

Ms. Witt had a follow up appointment with Dr. Levitt on April 28, 2008.  Radiographs showed well-implanted unicompartmental and AVON devices.   There was no evidence of infection.  On June 9, 2008, Ms. Witt had another follow-up appointment.  She reported some

swelling, discomfort and stiffness in her right knee.  There was no evidence of infection and she had range of motion between 0 to 110 degrees.  Dr. Levitt noted signs of quadriceps atrophy.  On July 10, 2008, Ms. Witt reported low-grade swelling and right knee discomfort on the medial aspect.  On September 4, 2008, Dr. Levitt reported that Ms. Witt was "generally doing well," with no swelling or ligamentous laxity and good range of motion.  He noted she reported some discomfort, however radiographs showed well implanted devices.  On November 6, 2008, two months later, Ms. Witt reported increasing knee pain, mostly over the medial aspect.  Her right knee was mildly swollen, with medial joint line tenderness. There was no collateral or cruciate laxity and her range of motion in the right knee was 0 to 120 degrees.

On November 21, 2008, Ms. Witt underwent a bone scan at Lakes Radiology.  The scan showed symmetric flow and moderate uptake at the level of both knees, particularly at the medial compartment of the right knee. Lakes Radiology reported that "the findings are not those of loosening of the prosthesis."

On December 1, 2008, Ms. Witt had an office visit with Dr. Levitt.  He examined the results of the bone scan, noting that the "bone scan shows some uptake medially on the right knee, which may or may not be consistent with loosening.  She has medial joint line tenderness." Dr. Levitt prescribed a course of non-steroidal anti-inflammatories and noted that a revision right knee arthroplasty may be necessary.

On January 5, 2009, Ms. Witt returned to Dr. Levitt's office, complaining of continued pain in her right knee.  Dr. Levitt noted that "[h]er bone scan showed no definitive evidence of any loosening." Dr. Levitt noted that Ms. Witt had some generalized tenderness to palpation of both the medial and lateral aspects, but noted no significant swelling and that her range of motion was from 0-120 degrees.  No ligamentous laxity was noted on collateral or cruciate testing.  Dr. Levitt noted that x-rays showed Ms. Witt's implants in position without any calcification of any of the changes. Dr. Levitt injected Ms. Witt with Kenalog and Xylocaine.  In a follow up visit on February 5, 2009, Ms. Witt complained of increasing right knee pain.  Dr. Levitt found Ms. Witt had no relief with the injections and determined that Ms. Witt would require revision arthroplasty of the right knee.  The benefits of surgery versus non-surgical treatment, risks associated with the surgery, and a rehabilitation program were discussed.

On April 15, 2009, Ms. Witt underwent a pre-operative x-ray on her right knee at Doctor's Hospital. The report noted anterior & medial compartmental hemiarthroplasties of the right knee. There were "no overt signs of loosening and/or infection seen."

On April 17, 2009, Ms. Witt was admitted for a revision arthroplasty on her right knee. Dr. Levitt's admission note noted that Ms. Witt "had previously undergone a medial compartment arthroplasty with continuing & increasing pain of right knee with bone scan showing evidence of what could be loosening of the implant. She is being admitted for revision arthroplasty at this time."

That same day, Dr. Levitt performed a revision arthroplasty with lateral retinacular release on Ms. Witt's right knee, including removal of inflammatory synovium, and insertion of a Stryker Triathlon total knee system. The previous femoral component on the anterior femur was excised "without difficulty." Dr. Levitt noted that "[n]o evidence of any loosening was noted. However, the medial femoral condyle unicomponent appeared to be loose on probing, and this was removed without difficulty." The remnants of the lateral meniscus and anterior cruciate ligament were excised and the intramedullary femoral line was then performed with a 5 degree valgus guide. The distal condyle was resected with the guide & the anterior-posterior condyles resected & chamfered in 3 degrees of external rotation to accept a #2 femoral component with the holes drilled for the pegs of the component. The remaining portion of the tibial plateau was resected with preservation of the posterior cruciate ligament. A hole was created for the keel of the tibia. The patella was intact and no further work was needed for the patella because of the previous insertion of prosthesis. Following this, trial reduction was carried out with a #2 femur, #2 tibia and an 11 mm spacer with excellent range of motion from 0-135 degrees. Equal flexion/extension gaps were noted. There was no varus-valgus or anterior-posterior laxity present. The knee was irrigated with antibiotic solution, and methacrylate was introduced in the tibia and the femur. The permanent #2 tibial base plate was inserted. The 11-mm spacer and a #2 femur were inserted and these were impacted with removal of any excess cement and held in extension until polymerization had taken place. Ms. Witt tolerated the procedure well and was taken to the recovery room in good condition. Postoperative radiographs revealed arthroplasty components in anatomic alignment. Ms. Witt was discharged on April 19, 2009, and started on a course of physical therapy.

At a July 30, 2009 office visit, Dr. Levitt remarked that Ms. Witt's right knee "is doing very nicely. She still has significant quadriceps weakness, but has no swelling [and] no significant pain . . . . She is capable of returning to full employment in August 17, 2009."

On August 31, 2009, Dr. Levitt visited with Ms. Witt again. Dr. Levitt noted that her "right knee is doing reasonably well. There is still some low-grade discomfort anteriorly with low-grade effusion . . . . She appears to have some resolving synovitis from her surgery." Dr. Levitt prescribed Nucynta, and advised Ms. Witt to return in the next month or two for follow-up evaluation.

On October 22, 2009, Ms. Witt had an office visit with Dr. Levitt. He noted that she was "really doing quite nicely. She has regained motion of the right knee from 0-145 degrees. There is no swelling. No significant pain. [She s]till has some quadriceps weakness[, but n]o ligamentous laxity on collateral or cruciate testing. Patellofemoral and Fairbank's tests are negative. X-rays of the right knee show well-implanted total knee Arthroplasty. Maximum Medical Benefit has been achieved to the right knee. She can return to work without any restrictions. She still needs some quadriceps strengthening. She has sustained an 8% impairment rating of the body as a whole for her right knee." With regard to her left knee, Dr. Levitt noted that Ms. Witt "is doing reasonably well in regard to her left knee. She still has some low-grade discomfort with range of motion from 0-140 degrees. No effusion. No collateral or cruciate laxity is noted. Patellofemoral and Fairbank's tests are negative. Mc Murray's test is negative. Thessaly test is negative. X-rays of the left knee show the Patellofemoral implant in good position. There are some low-grade degenerative changes of the tibiofemoral area . . . . Maximum Medical Benefit has not been achieved for the left knee. She can continue to work without any restrictions. She has sustained an 8% impairment to the body as a whole in regard to her left knee."

On June 10, 2010, Ms. Witt returned for a follow-up appointment with Dr. Levitt. He noted that Ms. Witt "returns with her right knee doing well." He noted no signs of instability, locking, swelling or pain and Ms. Witt reported no further trauma to her knee. Her range of motion in the right knee was from 0 -125 degrees and Ms. Witt had signs of a low-grade effusion. Dr. Levitt noted that her leg lengths were equal with no gait abnormalities present. Patellofemoral, Fairbank's Thessaly, Apley and Steinmann's tests were all negative. Her peripheral pulses were intact and no skin changes were noted. Dr. Levitt conducted a neurologic

exam which was negative for any sensory, motor or reflex abnormalities. He noted that Ms. Witt's level of strength was 5 out of 5 on both the hamstring and the quadriceps. Further, Dr. Levitt noted that "[x]-rays . . . show well-implanted knee arthroplasty in excellent position and alignment."

At an office visit with Dr. Levitt on January 10, 2011, Ms. Witt reported some intermittent clicking and popping sensations (intra-articular rather than in the patellofemoral area) and low grade discomfort of right knee despite any associated trauma. Dr. Levitt noted that the problem with Ms. Witt's right knee could be consistent with scar tissue formation, and he administered a celestone injection. At a follow-up appointment on January 27, 2011, Ms. Witt reported continued right knee pain and no relief from the injection. On February 15, 2011, a bone scan was performed which Dr. Levitt characterized as showing no definitive evidence of any loosening. Ms. Witt returned to Dr. Levitt's office on February 21, 2011, complaining of right knee pain and intermittent popping. An examination revealed a reproducible "clunking sensation which could be consistent with a fibrotic tissue buildup of the intercondylar area or a problem in the patellofemoral compartment" and Ms. Witt was placed in a Don Joy-type knee brace.

On March 30, 2011, Dr. Levitt again performed a right knee arthroscopy with debridement of fibrotic tissue, resection of inflammatory synovium, anterior, medial and lateral gutters, and manipulation of right knee to treat a preoperative diagnosis of fibrosis with synovitis. The patella & the trochlear components were intact. There were numerous fibrotic bands in the joint in the suprapatellar area. These were subsequently resected with debridement of the bands & resection of the fibrotic bands. The medial gutter appeared to be intact. The lateral gutter showed rather severe hemorrhagic synovitis in the area, which was treated with a synovectomy of the lateral gutter, lateral compartment as well as the intercondylar notch area. Some fibrotic tissue was noted in the notch, which was debrided. The polyethylene components and the femur were intact. The cruciate ligaments were intact and no other abnormalities were noted in the implants. Following this, the knee was manipulated with regaining of motion to nearly 135 degrees. No other abnormalities were noted and no ligamentous laxity was noted. Dr. Levitt reported that Ms. Witt tolerated the procedure well.

At a December 15, 2011, office visit, Dr. Levitt, noted that Ms. Witt had continued swelling and pain of the right knee. The possibility of an allergy was considered; however, Ms. Witt had a similar implant of the left knee which was not causing her any significant problem.

Dr. Levitt concluded that "[t]he only reasonable cause for her continuing discomfort is some type of polyethylene debris, secondary to the spacer and it is advised that the patient have a revision arthroplasty to consist primarily of a spacer change and exploration of the knee and synovium at the same time."

On January 17, 2012, Dr. Levitt performed a revision 21-cm scar with exploratory arthrotomy, revision arthroplasty of the tibia (with exchange of the polyethylene bearing in the knee) with extensive synovectomy anterior, medial, lateral and posterior compartments on Ms. Witt's right knee. Dr. Levitt noted "copious thick, bloody fluid" that was recovered upon cutting into the knee joint and "rather severe hemorrhagic changes with hemosiderin staining of the synovium." Moreover, there was a "large thick area of nodular fibrosis of the inferior aspect of the patella, in the junction of the patella with the patellar tendon." Toward the end of the surgery, once the tourniquet was deflated, Dr. Levitt noted that "there appeared to be constant oozing" of the blood vessels, despite use of electrocoagulation. He noted that Ms. Witt tolerated the procedure well and was taken to recovery room in good condition.

On July 23, 2012, Ms. Witt complained of right knee pain and continued feelings of instability. However, Dr. Levitt opined that her symptoms of ligamentous instability were "probably due to the physical therapy program that was instituted by the therapist performing lateral slides and twisting of her knee for which there was no indication after a knee arthroplasty and has probably compromised some of the ligamentous stability of her knee."

### C. Ms. Witt's Post-Surgical History

On August 7, 2012, Ms. Witt had an initial evaluation/second opinion with orthopedic surgeon, Dr. Julio Robla, for persistent, progressive pain and locking, primarily localized over the medial aspect of her right knee. Dr. Robla ordered a bone scan to compare with the previous bone scan from February, 2011 and to rule out aseptic loosening of the knee.

On August 14, 2012, Ms. Witt underwent a bone scan at Pinnacle Imaging (Dr. Daryl Eber). The scan noted asymmetrically increased activity on all three phases surrounding the left knee as compared to the right, "inconsistent with the patient's reported history of a painful right total knee replacement." Dr. Eber noted that a differential diagnosis includes severe degenerative changes surrounding the left knee, loosening or osteomyelitis (infection of the bone).

Following the bone scan, on August 30, 2012, Ms. Witt met with Dr. Robla. He advised Ms. Witt that her best course was non-surgical management. Dr. Robla did not change Dr.

Levitt's assessment of maximum medical improvement and permanent impairment. He noted that he "anticipate[d] in the future Ms. Witt will ultimately develop aseptic loosening requiring revision bilateral knee replacements, although currently she is able to perform most activities. I feel the pain is related to the multiple surgical interventions and would benefit most from continued non-operative management, at some point revision knee replacement when indicated and when necessary." He certified that Ms. Witt had no functional limitations or restrictions prescribed for workers' compensation purposes.

On January 11, 2013, Ms. Witt had her first visit with pain management specialist, Dr. Liam McCarthy who saw her for back and knee pain. Later, on June 3, 2014, Ms. Witt had a follow up visit with Dr. Robla where she complained of pain. He advised her that "any further surgical intervention or revision knee replacement would not be indicated or appropriate at this time to address her symptoms. These are chronic at this point stable she continues an [sic] utilizing pain management as needed."

On July 8, 2014, Ms. Witt went to the emergency room at Baptist Medical Plaza, complaining of right ankle and foot pain. X-rays noted a possible tiny chip fracture to the inferior lateral malleolus. With respect to the foot, no evidence of an acute fracture or traumatic malalignment was noted, however, small inferior calcaneal spurs were noted.

On July 10, 2014, Ms. Witt had an office visit with Dr. Robla. He examined her right ankle, moderate lateral swelling and bruising, with tenderness at the anterior talofibular ligament and calcaneofibular ligament. Two x-rays of the right ankle were ordered. There was no evidence of an acute fracture or dislocation. Dr. Robla diagnosed a sprained ankle, and ordered ice, rest, and elevation with follow-up in four weeks.

The next day, on July 11, 2014, Ms. Witt met with Dr. Allison Guyen, a podiatrist, for a second opinion. Dr. Guyen noted that Ms. Witt complained of chronic pain to the right ankle and to the right heel. Ms. Witt reported that she was ambulating with crutches, and she had no history of falling. Dr. Guyen diagnosed a chronic right ankle sprain with a limb length discrepancy, plantar fascitis, and posterior tenosynovitis. Dr. Guyen recommended custom-molded orthotics and treatment with platelet-rich plasma ("PRP") to help with healing. She referred her to Jaguar Physical Therapy for strengthening and ordered an ice/cold compression pump.

On July 25, 2014, Ms. Witt followed up with Dr. Guyen. She diagnosed a partial tear to the medial band of the plantar fascia with localized hypoechoic region detecting hematoma or inflammation. She delivered the PRP to the right lower extremity. At a July 31, 2014 follow-up appointment, Dr. Guyen reported that the patient was responding well to the PRP injection and Dr. Guyen provided Ms. Witt with the custom orthotics.

At an office visit on August 28, 2014, Dr. Guyen noted that Ms. Witt "is in a status where she is able to perform all activities and has very minimal pain at this point. She is ambulating well with the use of the custom-molded orthotics and sneakers. She is not using any assistive device for ambulation at this point. She is still continuing the physical therapy at JY and has made marked improvements for muscle balancing and strength on the right lower extremity."

On October 9, 2014, Ms. Witt returned to Dr. Guyen, stating that she had rolled her right ankle over the last few days. Dr. Guyen diagnosed a grade-II ankle sprain to the right ankle. The examination revealed a slight edema along the area of the anterior talofibular ligament with good range of motion and that Ms. Witt's plantar fasciitis had resolved.

Ms. Witt followed up with Dr. Robla on October 14, 2014. She reported severe, constant aching left knee pain, rating 10 out of 10. Dr. Robla reported no signs of infection or complex regional pain syndrome. Upon palpitation, he noticed diffuse generalized tenderness with no clinical instability. Her strength and range of motion was unchanged from his last examination. X-rays of the left knee showed that her implant was in excellent alignment, with no evidence of loosening or other abnormalities. Dr. Robla recommended nonsurgical management of her condition, given her history of surgeries and progressively worsening pain after each subsequent surgery. Ms. Witt, however, indicated that her pain was too severe and disabling to continue with non-surgical management and she requested revision knee replacement beginning with the left knee. Dr. Robla recommended that Ms. Witt see a total joint reconstruction specialist.

On November 26, 2014, Ms. Witt visited Dr. Michaela Schneiderbauer, an orthopedic surgeon with the University of Miami, regarding her bilateral knee pain and instability. Ms. Witt stated that she had not had any recent falls and she did not complain of locking, but she reported swelling. On examination, Dr. Schneiderbauer noted no signs of swelling, effusion, warmth or erythema in either knee. There was no tenderness to palpitation and Ms. Witt had full range of motion from 0 to 120 degrees. Dr. Schneiderbauer noted no signs of varus or valgus laxity and no signs of anterior or posterior laxity. Dr. Schneiderbauer concluded "the physical exam is not

consistent with a complaint." Radiographs of right knee do not show any areas of lucency, perioprosthetic fractures, or dislocations with well-placed bilateral knee replacements. Given the results of her exam, Dr. Schneiderbauer determined that "no surgical intervention [is] indicated for this patient."

### IV.    OPINIONS

My opinions in this case are summarized as follows:

1.    The durability or longevity of prosthetic joint arthroplasty including unicompartmental knee arthroplasty such as was performed on Ms. Witt is variable and dependent on multiple factors, including (1) patient factors, such as weight, height, soft tissue balance, history of rheumatoid arthritis or other auto-immune disorders, history of previous knee arthroplasty surgery, bone quality in the area of the surgery and other anatomic variables, and activity level, patient gait, and other loading scenarios; (2) surgical factors such as the mechanical alignment of the limb, the relative positions of the components, proper assembly of modular components, cementing technique, and other variables; and (3) the device. The contributions of these factors must all be considered when assessing both indications for a procedure as well as a clinical outcome and a mechanism of failure of a unicompartmental knee replacement.

2.    Revision surgeries due to pain for unicompartmental knee implants can be the result of a number of potential clinical issues, including infection, loosening, the presence of or progression of degenerative changes in the other compartments of the knee, instability, or bone or soft tissue impingement. Revision surgeries specifically due to loosening can be the result of a number of clinical issues, including reduced joint exposure when using minimally invasive surgery techniques, poor component placement, poor bone quality, inadequate fixation, improper alignment, surgeon experience, and poor/improper cement technique. The need for a revision does not necessarily indicate that an implant is defective.

3.    The risk of loosening of a prosthetic knee device (both unicompartmental or a total knee) is a well known potential complication in the orthopedic surgeon community in 2008 and 2009 and is well known today.

4.    The EIUS Unicompartmental Knee system has had good clinical success and it was considered a successful implant system at the time of Ms. Witt's 2008 unicompartmental knee surgery and 2009 revision surgery. As an orthopedic surgeon performing

unicompartmental knee replacement procedures I prescribed the EIUS system for my patients during the 2008-2009 time period and I witnessed excellent results in most patients undergoing the procedure. I have not personally seen a case of femoral component loosening with this device.

5.      The expected lifespan of a unicompartmental knee system is heavily dependent on patient specific factors. While some unicompartmental knee systems have been successfully implanted *in vivo* for as long as twenty years, others have required revision surgery much earlier as bone loss or other patient-specific issues compromised the device.

6.      I have reviewed Ms. Witt's radiographs and medical records. It is my opinion that the necessity of revision for Ms. Witt's EIUS system was a result of her medical condition and patient specific factors. In light of Ms. Witt's multiple prior procedures, documented degenerative changes in the other compartments of the knee, and cystic changes in the medial femoral condyle at the time of the unicompartmental procedure, in my opinion it is more likely than not that these factors caused the EIUS procedure to fail.

7.      Prior to the implantation of the EIUS System in April, 2008, Ms. Witt had received an AVON implant in her patellofemoral compartment of her right knee. She also had received OBI grafts in the medial femoral condyle, where her EIUS system would be placed, to treat osteochondral defects in that condyle. These defects in the condyle can compromise fixation, leading to loosening. At the time of her April 18, 2008 surgery, Dr. Levitt noted that the OBI implants were completely cystic and the implants had not encouraged any ingrowth of fibrocartilage. There was also evidence of a large cystic defect of the medial femoral condyle. The failure of the OBI implants and the presence of a cystic defect in the condyle indicate that Ms. Witt lacked adequate bone stock in the medial condyle to achieve proper fixation. As such, she was not a candidate for either a unicompartmental procedure or the EIUS system.

8.      Instead of a unicompartmental knee procedure, Ms. Witt would have had a greater likelihood of a successful outcome with a total knee replacement procedure. Given the degree of disease and condition of Ms. Witt's right knee, Ms. Witt was going to require a total knee replacement procedure in her right knee at some point.

9.      As stated above, the outcome of unicompartmental knee arthroplasty is dependent on several patient-related factors, including the condition of the rest of the knee. It is well documented that Mrs. Witt had degenerative changes in the other compartments in her right knee

and complained of pain in these regions.  Ms. Witt had Grade IV degenerative arthritis in the lateral and medial compartments at the time she received her EIUS implant and she also had a previously implanted AVON device to address her Grade IV patellofemoral disease. The EIUS system is contraindicated for patients with tricompartmental disease.  Thus, Ms. Witt was not an appropriate candidate for an EIUS system.

10.    Ms. Witt has had an exceptionally high number of orthopedic issues and resultant surgeries.  She has consistently been under a doctor's care for knee pain since 1992.  Her medical records reflect 9 surgeries on her left knee and 6 surgeries on her right knee. It is not surprising that she had persistent pain following her procedure with the EIUS system.

11.    The age of a patient is only one factor in determining appropriate patient treatment; the age of a patient is not dispositive in determining appropriate treatment.  Although Ms. Witt was relatively young when she received her EIUS system, (age 48), she had Grade IV multi-compartmental disease and a large cystic defect of the medial femoral condyle at the time the EIUS System was implanted.  A concern about performing a total knee arthroplasty in Ms. Witt at such a young age should not be considered an overriding concern.  That concern alone still does not make Ms. Witt a candidate for the EIUS procedure.

12.    Given Ms. Witt's extensive medical history both pre-dating and post-dating these surgeries, Ms. Witt's complaints of restricted mobility and pain issues in her right knee, left knee, right ankle/foot and lower back, are not attributable to her April 18, 2008 EIUS implantation surgery or the April 17, 2009 EIUS revision surgery.  Nor were Ms. Witt's subsequent surgical procedures on March 30, 2011 and January 17, 2012 necessary because of her April 18, 2008 EIUS implantation surgery or the April 17, 2009 EIUS revision surgery.

13.    Furthermore, there is nothing in Ms. Witt's medical records that I have reviewed that indicates that Ms. Witt developed metallosis or a pseudotumor in her right knee, let alone that it was caused by or a result of the implantation or explantation of her EIUS system.

14.     Leg length discrepancy is a well known risk of total knee replacement procedures. Further, generally speaking, more bone is removed during a total knee replacement procedure than in a partial knee replacement procedure.  Ms. Witt has had total knee replacement procedures performed in both knees.  There was no evidence of a leg length discrepancy immediately following Ms. Witt's April 18, 2008 EIUS implantation surgery or the April 17, 2009 EIUS revision surgery.  Any leg length discrepancy is more likely than not the result of

other surgeries and was not caused by her April 18, 2008 EIUS implantation surgery or the April 17, 2009 EIUS revision surgery.

15.    Unfortunately, Ms. Witt's pain persists, despite regular medication prescribed by her pain management specialist. It is my opinion that Ms. Witt's current issues with her knees cannot be linked to her April 18, 2008 EIUS implantation surgery or the April 17, 2009 EIUS revision surgery.    Given Ms. Witt's extensive history of degenerative joint disease and osteoarthritis both pre-dating and post-dating these surgeries, there is no evidence in the record linking her current pain in the right knee, left knee, right ankle/foot, or low-back to her 2008 or 2009 surgeries. Dr. Levitt testified that he could not relate the pain that Ms. Witt is experiencing in her right knee or left knee to any of her 15 orthopedic procedures.  (Vol. 2, 73:25-74:1, 74:21-75:2). Moreover, he did not believe that the EIUS system was the cause of Ms. Witt's right knee pain.  (*Id.*, 74:5-9).  Dr. Levitt testified that Ms. Witt's persistent pain is due to the progressive degeneration of the natural tissues in her joints (*Id.*, 74:10-20).  No causal relationship can be made between Ms. Witt's current symptoms and the EIUS system.

16.    I reserve the right to change or amend my opinion based on the examination of additional materials.  The foregoing opinions are made within a reasonable degree of medical certainty.  I declare under penalty of perjury that the foregoing is true and correct.

## V.    MATERIALS REVIEWED IN FORMULATING OPINIONS

In addition to my knowledge, education, and experience in orthopedics, the opinions expressed in this report are based upon my review and analysis of the following:

Plaintiff's Second Amended Complaint

Plaintiff's discovery responses

Plaintiff's medical records including records from Dr. Levitt, Dr. Robla, Dr. Schneiderbauer, Dr. Reilly, Dr. McCarthy, Dr. Guyen, operative reports and hospital records.

Plaintiff's x-rays

EIUS surgical technique

EIUS package inserts

Deposition of Sandra Witt and exhibits thereto

Deposition of Dr. Richard Levitt and exhibits thereto

Deposition of Dr. Julio Robla and exhibits thereto

Deposition of Dr. Michaela Schneiderbauer and exhibits thereto

Deposition of Dr. Liam McCarthy and exhibits thereto

Deposition of Dr. Michael Reilly and exhibits thereto

Deposition of Dr. Allison Guyen and exhibits thereto

The expert disclosure and report of Dr. Lubliner

R. Mark Gillies, et al., *Adaptive Bone Remodeling of All Polyethylene Unicompartmental Tibial Bearings*, 77 ANZ J. Surg. 69-72 (2007).

Cesar L. Saenz, et al., *Early Failure of a Unicompartmental Knee Arthroplasty Design with an All-Polyethylene Tibial Component*, 17 The Knee 53-56 (2010).

Lowry Barnes, et al., *The EIUS Unicompartmental Knee Design: Early Failure in Elderly Patients*, 26 J Knee Surg. 327-32 (2013).

Arpad Konyves, et al., *The Long-Term Benefit of Computer-Assisted Surgical Navigation in Unicompartmental Knee Arthroplasty*, J Ortho. Surg. & Res. 94 (2010).

The April 27, 2011 Review of EIUS Unicondylar Knee Registry Data (STRWITT 00003345-1-22)

# EXHIBIT A

# Curriculum Vitae

## Alan L. Valadie, M.D.

6015 Pointe West Blvd., Suite 100 Bradenton, Florida 34209
941-792-1404

## Education:

| | | |
|---|---|---|
| Undergraduate: | Florida State University<br>Bachelor of Science<br>-Magna Cum Laude<br>-Phi Beta Kappa | 1983-1987 |
| Graduate: | University of Florida College of Medicine<br>-Alpha Omega Alpha | 1987-1991 |
| Post-Graduate: | Internship:<br>Carolinas Medical Center, Charlotte, NC<br>Residency:<br>Carolinas Medical Center, Charlotte, NC<br>Department of Orthopaedic Surgery<br>Chief Resident | 1991-1992<br><br>1992-1996<br><br><br>1995-1996 |

## Practice Experience:

| | | |
|---|---|---|
| Private Practice: | Coastal Orthopedics and Sports Medicine<br>Bradenton, Florida<br>-Specialty- Adult Hip and Knee reconstruction<br>-President | <br>1996-Present<br><br>2000-2006 |
| Hospital affiliations: | Manatee Memorial Hospital-Active Staff<br>-Credentials Committee<br>-Surgery Committee | 1996-present<br>1997-1999<br>1999-2001 |
| | Blake Medical Center-Active Staff | 1996-present |

| | |
|---|---|
| -Surgery Committee | 1997-2001 |
| | 2009-2013 |
| -Pharmacy and Therapeutics Committee | 1997-2001 |
| -Medical Executive Committee | 2006-2008 |
| | 2010-present |
| -Director Joint Care Center | 2009-present |
| -Chief of Surgery | 2011-2013 |
| -Secretary/Treasurer | 2013-present |
| | |
| -Doctor of the Year 2013 | |

| | |
|---|---|
| Lakewood Ranch Medical Center-Active Staff | 2004-present |

Adjunct Clinical Assistant Professor Lake Erie College of Medicine, Bradenton, 2013

# Presentations and Publications:

Knee Instability after Total Knee Arthroplasty: Fehring, TK; Valadie, Al. Clin Orthop. 1994 Feb (299);157-162

Superior Glenoid Lesions: Diagnostic and Therapeutic Challenge; D'Allessandro,DF;Valadie, AL; Journal of the Southern Orthopaedic Assoc., 1995 Fall; 4(3);214-27

The Painful Accessory Navicular in an Adult Population: Valadie, AL, Davis, WH, Anderson, RB. Presented at the American Orthopaedic Foot and Ankle Society Annual Meeting, Coeur d'Alene, ID 1995.

Tradeoffs in Using Offset Acetabular Components: Valadie, AL; Fehring, TK
        Oscar Miller Day, Charlotte, NC Spring 1996

Surgical Management of Ankle Valgus in Children: Use of a Transphyseal Medial Malleolar Screw: Davids, FR, Valadie, Al, Fergason, RL, Bray, EW, Allen, BL. Journal of Pediatric Orthopaedics 1997;17:3-8.

DVT Prophylazis in Joint Arthroplasty; Valadie, Al: Presented at Concepts and Controversies in Arthroplasty and Sports Medicine, Pinehurst NC; Oct 16, 1999

Course Chairman, Tarpon Tides Hip and Knee Symposium. Boca Grande, Florida. May 18-19, 2002

Faculty, State of the Art in Orthopaedics 2002.  Knee Sessions, Chateau Whistler Resort, Whistler, CB March 17-23, 2002

Faculty, Contemporary Challenges and Surgical Strategies in Hip and Knee Reconstruction.  Hip and Knee Sessions, Registry Resort, Naples, Florida November 8-9, 2002

Presentations – Establishing rotational alignment in TKA

Faculty, Recent Advances in Total Hip Arthroplasty, Snowmass, CO, February 28-March 1, 2003
Presentations – Arthroplasty for the Young Patient
- Making Cementless Hips Easy
- DVT prophylaxis after THA

Faculty, Surgical Choices and Innovations in Hip and Knee Reconstruction, Pinehurst, NC April 10-12, 2003
Presentations – Prevention and Management of Intraoperative Fractures

Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, Florida May 23-24, 2003.

Faculty, The Optimal THA – Which Strategy Should I Follow, Snowmass, CO March 26-27, 2004
Presentations – Blood Auto Donation-In the Negative
- Choice of Components In THA-Individualized
- Postoperative Pain Management
- Blood Salvage-A useful Modality

Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, Florida May 21-22, 2004

Faculty, Product Training Day, Stryker Orthopaedics, Mahwah, NJ Dec. 1, 2004
Presentation- Accolade Hip System, Design Rationale and Clinical Results

Faculty, State of the Art in Orthopaedics, Snowmass, CO March 13-16, 2005
Panel-Hip Case Review Session and Bioskills

Faculty, The Primary Hip: Indications, Results, and Technologies,  New York, NY   April 23, 2005
Presentations        - How well are we restoring hip position and leg length
- The hip fracture patient
- Panel: How do I do a total hip replacement: A-Z

Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, Florida May 2005

Faculty, 10th Annual Residents Symposium.  Boston, MA  September 9, 2005
Presentation – Exposure and Ligament Balancing in TKA

Faculty, Orthopaedic Update for the Primary Care Physician, Naples, FL  October 1, 2005
Presentation – The Knee: an update on exam, diagnosis, imaging, and treatment.

Faculty, State of the Art in Orthopaedics 2006. Snowmass, CO  Feb 15-Feb 17, 2006
Presentations – Hip Replacement in the Fracture Patient
- Component Alignment in Knee Arthroplasty
- Pain Management following Joint Replacement
- Panel-Hip Case Review Session and Bioskills

Faculty, Revision Hip Joint Replacement Training Program, Palm Beach Gardens, FL April 20, 2006
        Presentations – Surgical Exposure – Extended trochanteric osteotomies
        Instructor for cadaveric surgical demonstration


Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, Florida May 2006
Faculty, The Primary Hip: Indications, Results, and New Technologies, Atlanta, Ga Sept. 21, 2006
        Presentations – THA in the Hip Fracture Patient
-   The Posterolateral Hip Approach
-   Case Review Session Panel member

Faculty, Real Life Orthopaedics,  Atlanta, Ga Sept. 22, 2006
        Presentations – Pain Management following Joint Replacement
-   Extended Trochanteric Osteotomy

Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, Florida May 2007

Faculty, Resident Anatomy Workshop Skills Training Program, Mahwah, NJ  Aug. 10, 2007

Faculty, Revision Hip Joint Replacement Training Program, Ft. Lauderdale, FL  Sept.7, 2007

Faculty, Real Life Orthopaedics, Atlanta, Ga  Sept. 21, 2007
        Presentations: Management of the Failed Unicondylar Knee

Course Chairman, Tarpon Tides Hip and Knee Symposium, Boca Grande, FL  May 2009

Faculty, Stryker Educational Conference, Las Vegas, NV, Oct 2010
        Presentations: Issues in TKA Wear, Steps in Knee Revision

Course Director, West Florida Hip and Knee Forum, Tampa, Fl  May 10, 2013
        CME conference

Unicondylar Knee: The Arthrex Experience. Clinics in Sports Medicine. January 2014.

Course Director, West Florida Hip and Knee Forum, Tampa, FL  May 9, 2014
        CME conference

Faculty, Arthroparis, Paris, France June 28, 2014


## **Research and Development:**

Clinical Evaluation of Perioperative Hemoglobin and the Relationship to Postoperative Vigor in Patients Undergoing total Joint Arthroplasty; Study Site Lead Investigator for OrthoBiotech, 1999-2000

Transcend Metal-on-Metal Hip Replacement: Study Site Lead Investigator for Wright Medical Technology FDA Investigational Device Exemption Study, 2000-2002

Stryker Orthopaedics Revision Modular Hip System Surgeon Design Panel, 2001-2003

Stryker Orthopaedics Accolade TMZF study, 2006 – 2012

Sanofi Synvisc One hip study site, Principal Investigator, 2012-present

Regenesis Provant Therapy System for Postoperative knee pain, Principal investigator, 2015

## **Professional Organizations:**

Diplomat, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Manatee County Medical Society
Florida Medical Association
American Association of Hip and Knee Surgeons
Society for Arthritic Joint Surgery

Jan 2015